MKB:ZA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**MO9-0426**

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RONALD BRITTON,
~~        ~~,
DEVON JOHNSON and
JERMEL PERINEAU,

       Defendants.

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 18, U.S.C.
§§ 924(c), 1951(a))

- - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      ROBERT CUCINOTTA, being duly sworn, deposes and says

that he is a Special Agent with the Bureau of Alcohol, Tobacco

and Firearms ("ATF"), duly appointed according to law and acting

as such.



Upon

information and belief, on or about January 8, 2009, the

defendants RONALD BRITTON, DEVON JOHNSON and JERMEL PERINEAU did

knowingly and intentionally obstruct, delay and affect commerce

by robbery and carry firearms during and in relation to a crime

of violence.

(Title 18, United States Code, Sections 924(c),
1951(a)).

The source of your deponent's information and the
grounds for his belief are as follows[1]:

1.    I have been a Special Agent with ATF for
approximately 2 years.  My information in this case comes from
reviews of law enforcement records, conversations with witnesses
and law enforcement officers, and other official records of
government agencies.

2.    On or about August 13, 2008 at approximately 10:00
p.m., at least two individuals entered and robbed an Autozone
store located at 1590 Ralph Avenue, Brooklyn, New York ("Ralph
Avenue Autozone").  According to two employee witnesses who were
present during the robbery ("W1" and "W2"), two men entered the
store that night, one of whom was carrying what appeared to be a
firearm and one of whom was carrying a sledgehammer.  W1 and W2
both stated that the men demanded that they open the store's
safe.  W1 further stated that the man with the gun kept the gun
pointed at him while the other robber opened the safe and removed
approximately $1500 from it.

---

[1] Because this affidavit is being submitted for the limited
purpose of establishing probably cause to arrest, I have not set
forth every fact learned during the course of this
investigation.

2

On or about January 10, 2009, W2 viewed a lineup of six men and identified JERMEL PERINEAU as the man carrying a hammer who robbed the Ralph Avenue Autozone on or about August 13, 2008.

3.    On or about January 8, 2009, at approximately 10:20 p.m., at least three individuals entered and robbed an Autozone store located at 575 Utica Avenue, Brooklyn, New York ("Utica Avenue Autozone"). According to an employee witness who was present during the robbery ("W3"), three men entered the store, each of whom was carrying what appeared to be a firearm. W3 observed a man whom he later identified in a lineup as JERMEL PERINEAU enter the store and point a gun at one of the employees. W3 stated that he and two other store employees tried to run out of the store and away from the robbers but did not manage to escape.  After the three robbers caught up to the employees, a man whom W3 later identified in a lineup as RONALD BRITTON hit W3 on the head with his gun and ordered W3 to take him to the safe. Once W3 showed the robbers the safe, the third man, whom W3 later identified in a lineup as DEVON JOHNSON, demanded that W3 enter his combination into the safe.  After W3 entered his combination to the open the safe, DEVON JOHNSON removed approximately $15,000

3

from the safe. W3 stated that after the JOHNSON took the money, the defendants taped his hands together with duct tape and exited the store.

4. On or about January 10, 2009, W3 viewed a lineup of six men and identified JERMEL PERINEAU as one of the men carrying guns who robbed the Utica Avenue Autozone on or about January 8, 2009. On or about January 10, 2009, W3 viewed a lineup of six men and identified RONALD BRITTON as one of the men carrying guns who robbed the Utica Avenue Autozone on or about January 8, 2009. On or about January 10, 2009, W3 viewed a lineup of six men and identified DEVON JOHNSON as one of the men carrying guns who robbed the Utica Avenue Autozone on or about January 8, 2009.

6. Another employee witness present during the Utica Avenue Autozone robbery on or about January 8, 2009 ("W4") told law enforcement that three men, each carrying what appeared to be firearms, entered and robbed the store that day. He stated that one man pointed a gun at him as he tried to escape and ordered him to stop. On or about January 10, 2009, W4 viewed a lineup of six men and identified RONALD BRITTON the man who had pointed a gun at him during the Utica Avenue Autozone on or about January 8, 2009.

4

7.     According to business records, Autozone is a national chain of stores selling auto parts.  Autozone is based in Memphis, Tennessee.

WHEREFORE, your deponent respectfully requests that arrest warrants be issued for the defendants RONALD BRITTON, ▂▂▂▂▂, DEVON JOHNSON and JERMEL PERINEAU, so that they may be dealt with according to law.

Robert Cucinotta
Special Agent
ATF

Sworn to before me this
30th day of April, 2009

GE

6